1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11

DANIEL G. PERKINS,

            Petitioner,

12

        v.

13

DOUG WADDINGTON,

14

            Respondent.

Case No. C05-5247FDB

ORDER DENYING CERTIFICATE
OF APPEALABILITY

15      Petitioner moves for a certificate of appealability.  As the Court adopted the Magistrate

16  Judge's Report and Recommendation that this matter was time barred and procedurally barred, this

17  is not a matter about which reasonable jurists could differ.  ACCORDINGLY,

18      IT IS ORDERED: Petitioner's Motion for A Certificate of Appealability [Dkt. # 9] is

19  DENIED.

20      DATED this 31st day of August, 2005.

21
22
                                                    _____
                                                    FRANKLIN D. BURGESS
23                                                  UNITED STATES DISTRICT JUDGE

24
25
26  ORDER - 1